IN THE UNITED STATES DISTRICT COURT **FILED BY**_____**D.C.**
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**05 SEP 23 PM 4: 40**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | THOMAS M. GOULD |
| Plaintiff, | ) | CLERK, U.S. DISTRICT COURT |
|  | ) | W/D OF TN, MEMPHIS |
| v. | ) | Criminal No. *05* - *20250* M1 |
| LELA HARRIS | ) | (90-Day Continuance) |
| Defendant(s). | ) |  |

## REPORT ON FUGITIVE STATUS AND RESETTING

As indicated by the signature of counsel for the United States, through its Assistant United States Attorney, this case remains an active case and there are continuing efforts to locate the above-referenced fugitive defendant(s). A follow-up report on efforts to bring the above-referenced fugitive defendant(s) before the Court will be made on <u>Tuesday, December 20, 2005, at 10:30 a.m.</u>

SO ORDERED this 23rd day of September, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

Assistant United States Attorney

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _9-27-05_

(71)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 71 in case 2:05-CR-20250 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT