IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 NOV 18 PM 2: 03

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.   Cr. No. 05-20250-Ml

LELA HARRIS,

    Defendant.

---

### ORDER PERMITTING THE FEDERAL PUBLIC DEFENDER
### TO WITHDRAW FROM FURTHER REPRESENTATION

---

For good cause shown, the Court hereby **GRANTS** the Federal Public Defender's motion to withdraw from further representation of the above named defendant.

It is so **ORDERED**, this 17 day of November, 2005.

_____
HONORABLE JON PHIPPS McCALLA
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-18-05

92

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 92 in case 2:05-CR-20250 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT